SEYFARTH SHAW LLP
Jennifer R. Brooks (SBN 14480)
jrbrooks@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:   (713) 225-2300
Facsimile:    (713) 225-2340

CLARK HILL PLLC
Gia N. Marina (SBN 15276)
gmarina@clarkhill.com
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone:   (702) 862-8300
Facsimile:    (702) 778-9709

*Counsel for Defendants*
*Longs Drug Stores California, L.L.C.*
*and Nevada CVS Pharmacy, L.L.C.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER LEE MULLIN and CHARLES JOSEPH THOMPSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C. and NEVADA CVS PHARMACY, L.L.C.,<br><br>Defendants. | Case No. 2:24-CV-02187-CDS-NJK<br><br>**DEFENDANTS' STATEMENT REGARDING REMOVAL** |

Defendants Longs Drug Stores California, L.L.C. and Nevada CVS Pharmacy, L.L.C., provide the following information in response to this Court's Order requiring a supplemental statement regarding removal. (Doc. 5.)

Defendants have not been served with a copy of the complaint or summons. Rather, on October 24, 2024, Plaintiff's counsel emailed a "waiver of service" to Defendants' counsel. Defendants' counsel executed the waiver of service, and then returned it to Plaintiff's counsel for filing in state court on November 12, 2024. Defendants therefore did not file outside of the 30-day window for removal.

//

Additionally, Defendants did not remove based on diversity jurisdiction, this case was not commenced more than one year before the date of removal, and there are no other defendants in this action (and thus none known to have been served before the notice of removal was filed).[1]

DATED: December 6, 2024                                Respectfully submitted,

By: */s/ Gia N. Marina*

Gia N. Marina (SBN 15276)
CLARK HILL PLLC
gmarina@clarkhill.com
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone:      (702) 862-8300
Facsimile:       (702) 778-9709

Jennifer R. Brooks
SEYFARTH SHAW LLP
700 Milam St., Suite 1400
Houston, TX 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
Email: jrbrooks@seyfarth.com

*Attorneys for Defendants*
*Nevada CVS Pharmacy, L.L.C. and Longs*
*Drug Stores California, L.L.C.*

---

[1] Defendants continue to seek to enforce their right to compel Plaintiffs to arbitration, and have filed a motion to compel arbitration.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 6, 2024, I presented the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                             */s/ Nicholas DiMattei, Jr.*
                             An Employee of CLARK HILL PLLC