SEYFARTH SHAW LLP
Jennifer R. Brooks (State Bar No. 14480)
jrbrooks@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:   (713) 225-2300
Facsimile:   (713) 225-2340

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER LEE MULLIN and CHARLES JOSEPH THOMPSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C. AND NEVADA CVS PHARMACY, L.L.C.,<br><br>Defendants | Case No. 2:24-cv-02187-CDS-NJK<br><br>**Order Approving STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY TO RESPONSE**<br><br>**FIRST REQUEST**<br><br>[ECF No. 24] |

Defendants Longs Drug Stores California, L.L.C. and Nevada CVS Pharmacy, L.L.C. ("Defendants") have requested an extension of time to file their reply to Plaintiffs' response to Defendants' Motion to Compel Arbitration filed on November 27, 2024 (Doc. 10) and Motion to Stay Case filed on November 27, 2024 (Doc. 11). Plaintiffs do not oppose. Accordingly, pursuant to LR IA 6-1 and 6-2,

IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendants' time to reply in support of both motions in this action is extended from December 18, 2024 through and including January 3, 2025. The additional time to reply is needed due to the upcoming holidays. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted on December 17, 2024.

| | | |
|---|---|---|
| 1 | DATED: December 17, 2024 | Respectfully submitted, |
| 2 | | SEYFARTH SHAW LLP |
| 4 | | By: /s/ Jennifer R. Brooks |
| | | Jennifer R. Brooks, Bar No. 14480 |
| | | SEYFARTH SHAW LLP |
| 5 | | 700 Milan St., Suite 1400 |
| | | Houston, TX 77002-2812 |
| 6 | | Tel.: (713) 238-1854 |
| | | Email: jrbrooks@seyfarth.com |
| 7 | | |
| 8 | | *Counsel for Defendants* |
| 9 | DATED: December 17, 2024 | Agreed & Consented to: |
| 10 | | RAFII & ASSOCIATES, P.C. |
| 12 | | By: /s/ Rachel Mariner |
| | | Rachel Mariner, NV Bar #16728 |
| 13 | | Jason Kuller, NV Bar #12244 |
| | | RAFII & ASSOCIATES, P.C. |
| | | 1120 N. Town Center Dr., Suite 130 |
| 14 | | Las Vegas, Nevada 89128 |
| | | Tel.: (725) 245-6056 |
| 15 | | Email:Rachel@rafiilaw.com |
| | | Email: Jason@rafiilaw.com |
| 16 | | |
| 17 | | *Counsel for Plaintiffs* |

The parties' stipulation [ECF No. 24] is approved nunc pro tunc to the date of the request; and therefore defendants' time to reply in support of their motion to compel arbitration (ECF No. 10) and motion to stay (ECF No. 11) is extended through and including January 3, 2025.

_____
Cristina D. Silva
United States District Judge

Dated: December 27, 2024

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2024, I filed the foregoing STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY TO RESPONSE via CM/ECF with the Clerk of the Court, which will send electronic notification of same to all counsel of record.

By: */s/ Jennifer R. Brooks*
Jennifer R. Brooks, Bar No. 14480
SEYFARTH SHAW LLP
700 Milan St., Suite 1400
Houston, TX 77002-2812
Tel.: (713) 238-1854
Email: jrbrooks@seyfarth.com

3