# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Lee Mullin, et al., | Case No.: 2:24-cv-02187-CDS-NJK |
| Plaintiffs | **Order Regarding Verified Petition of Roberto Montes, Jr.** |
| v. | |
| Longs Drug Stores California, LLC, et al., | [ECF No. 25] |
| Defendants | |

Roberto Montes, Jr. seeks leave to appear pro hac vice in this matter on behalf of plaintiffs Jennifer Mullin and Charles Thompson. ECF No. 25. The petition indicates that Montes is an active member of the bar of California. *Id.* at 2. The petition further states that Montes has been granted pro hac vice admission in the District of Nevada seven times in the 12 months preceding his present petition. *Id.* at 3, 6. An independent search of the court's records indicates that Montes has appeared in ten cases, including the present action, in the past 14 months.

Admission to appear pro hac vice in an action pending in this district is governed by Local Rule IA 11-2. The rule provides that "[a]bsent special circumstances and a showing of good cause, repeated appearances by any attorney under this rule will be cause for denial of the attorney's verified petition." LR IA 11-2(f). It further presumes that more than five appearances in a three-year period is an excessive use of this rule. LR IA 11-2(f)(1). In these instances, "[t]he attorney has the burden to establish special circumstances and good cause for an appearance in excess of limitations set forth in subsection (f)(1) of this rule." LR IA 11-2(f)(2).

1	Therefore, Montes is directed to file an affidavit in response to this order, no later than
2 January 21, 2025, setting forth the special circumstances and demonstrating good cause why his
3 verified petition to practice pro hac vice should be granted in view of the prohibition against
4 such an appearance.
5	The Clerk of Court is kindly instructed to electronically serve Roberto Montes, Jr. via the
6 email address provided on the petition (Robert@rafiilaw.com).
7	Dated: December 30, 2024

_____
Cristina D. Silva
United States District Judge