Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:    702.862.8800
Facsimile:    702.862.8811
asclark@littler.com

Attorney for Defendants
LONGS DRUGS STORES CALIFORNIA,
L.L.C. and NEVADA CVS PHARMACY,
L.L.C.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER LEE MULLIN and CHARLES JOSEPH THOMPSON, on behalf of themselves and all other similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>LONGS DRUGS STORES CALIFORNIA, L.L.C. and NEVADA CVS PHARMACY, L.L.C.,<br><br>        Defendants. | Case No. 2:24-cv-02187-CDS-NJK<br><br><br>**JOINT STATUS REPORT REGARDING ARBITRATION** |

Plaintiffs Jennifer Lee Mullin and Charles Joseph Thompson, and Defendants Longs Drug Stores California, L.L.C. and Nevada CVS Pharmacy, L.L.C., through their respective counsel, hereby submit this Joint Status Report regarding Arbitration in accordance with the Court's Order to Stay this matter pending the outcome of arbitration (ECF No. 33) and subsequent December 3, 2025 Docket Order (ECF No. 36).

On June 20, 2025, the Court granted Defendants' Motion to Compel Arbitration and stayed this matter pending the completion of arbitration. (ECF No. 33). In an Order entered on December 3, 2025, the Court directed the parties to file a joint status report within 14 days of each of the arbitrators' decisions, and that, if arbitration is not complete by June 23, 2026, then the parties must file a second joint status report by that date. (ECF No. 36).

In the Thompson matter, the parties have reached a settlement-in-principle of all claims

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

and are in the process of documenting and consummating that settlement.

In the Mullin matter, the AAA arbitrator stayed the proceedings at the request of the parties pending the decision of the Nevada Equal Rights Commission (NERC) concerning Ms. Mullin's Charge of Discrimination.

The parties will submit additional status reports as directed by the Court.

Dated:  June 23, 2026                                          Dated:  June 23, 2026

RAFII & ASSOCIATES P.C.                              LITTLER MENDELSON, P.C.


*/s/ Robert Montes, Jr., Esq.*                              */s/ Andrew S. Clark, Esq.*
Rachel Mariner, Esq.                                       Andrew S. Clark, Esq.
Robert Montes, Jr., Esq.

                                                                       Attorney for Defendants
Attorneys for Plaintiffs                                  LONGS DRUGS STORES CALIFORNIA,
JENNIFER LEE MULLIN and CHARLES         L.L.C. and NEVADA CVS PHARMACY,
JOSEPH THOMPSON                               L.L.C.

2

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

4937-3259-7115 / 090142.1000

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 8474 Rozita Lee Avenue, Suite 200, Las Vegas, NV 89113-4770.  On June 23, 2026, I served the within document(s):

### JOINT STATUS REPORT REGARDING ARBITRATION

☒    By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Rachel Mariner, Esq.
Robert Montes, Jr., Esq.
RAFII & ASSOCIATES P.C.
1120 N. Town Center Drive
Suite 130
Las Vegas, NV 89144

Attorneys for Plaintiffs
JENNIFER LEE MULLIN and CHARLES
JOSEPH THOMPSON

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 23, 2026, at Las Vegas, Nevada.

*/s/ Joanne Conti*
Joanne Conti

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800